**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DECKARD JAY MELOTT, an individual,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE STANDARD FIRE INSURANCE CO.,  )<br>a Licensed Oklahoma Insurance Company,  )<br>)<br>Defendant.  ) | Case No. 18-cv-351-CVE-FHM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Deckard Jay Melott and Defendant The Standard Fire Insurance Co., pursuant to Fed. R. Civ. P. 41(a), stipulate the above-captioned cause may be dismissed with prejudice for the reason that the parties have reached a compromise settlement covering all claims.

Respectfully submitted,

s/Robert L. Rode (with permission)
Robert L. Rode, OBA #14307
Dave C. Bean, OBA #12556
THE RODE LAW FIRM
601 S. Boulder, Suite 1100
Tulsa, OK  74119
Telephone:  (918) 599-8880
Facsimile:  (919) 599-8863
*Attorneys for Plaintiff*

and

s/Melanie K. Dittrich
Derrick T. DeWitt, OBA #18044
Melanie K. Dittrich, OBA #30846
DeWITT PARUOLO MEEK, PLLC
P.O. Box 138800
Oklahoma City, OK  73113
Telephone: (405) 705-3600
Facsimile: (405) 705-2573
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert L. Rode, OBA #14307
Dave C. Bean, OBA #12556
THE RODE LAW FIRM
601 S. Boulder, Suite 1100
Tulsa, OK  74119
Telephone:     (918) 599-8880
Facsimile:      (919) 599-8863
*Attorneys for Plaintiff*

s/Melanie K. Dittrich